UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HSBC BANK USA AS TRUSTEE FOR FRIEDMAN BILLINGS RAMSEY GROUP INC. (FBR) SECURITIZATION NAME – FBR 2005-1<br><br>Plaintiff,<br><br>v.<br><br>REYNA ESPINOZA, *et. al.*,<br><br>Defendants. | No. 08 C 3411<br>Judge Zagel |

## NOTICE OF MOTION

To:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **July 15, 2008**, at **10:15 a.m.** the undersigned will appear before **Judge James B. Zagel** in **Courtroom 2503** or such other courtroom usually occupied by him, in the Everett McKinley Dirksen Building, **219 South Dearborn Street, Chicago, Illinois**, or before such other judge who may be sitting in his place and stead, and then and there present

**FEDERAL DEFENDANT'S MOTION
TO BE DISMISSED FROM FORECLOSURE CASE
and
FEDERAL DEFENDANT'S MEMORANDUM IN SUPPORT OF
MOTION TO BE DISMISSED FROM FORECLOSURE CASE**

at which time and place you may appear, if you see fit.

PATRICK J. FITZGERALD
United States Attorney

/s/ Joel Nathan
JOEL NATHAN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8449

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**FEDERAL DEFENDANT'S MOTION TO BE DISMISSED FROM FORECLOSURE CASE**

**and**

**FEDERAL DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO BE DISMISSED FROM FORECLOSURE CASE**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on June 20, 2008, to the following non-ECF filers:

Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527

Reyna Espinoza
8547 S. Kedvale Avenue
Chicago, IL 60652

Edward Michael Shishem
53 W. Jackson, Ste 1650
Chicago, IL 60604

Gal Pissetzky
Pissetzky, Berliner, & Zhitnitsky
53 W. Jackson, Ste 1403
Chicago, IL 60604

/s/ Joel Nathan
JOEL NATHAN
Assistant United States Attorney