

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3411 | **DATE** | 7/14/2008 |
| **CASE TITLE** | HSBC BANK vs. REYNA ESPINOZA, ET AL | | |

**DOCKET ENTRY TEXT**

Enter stipulation and agreed order of dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|